UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00137-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **IVAN ZAMUDIO-MEZA,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss the Indictment as to the Named Defendant (#52). The court notes that the Motion is unopposed. Having considered the Motion, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss the Indictment as to the Named Defendant (#52) is **GRANTED**. The Indictment as to Defendant Zamudio-Meza is hereby **DISMISSED.**

Signed: August 10, 2017

Max O. Cogburn Jr
United States District Judge

-1-